UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

DALE DWAYNE CRAIG

VERSUS

BURL CAIN, ET AL.

CIVIL ACTION

NO. 10-766-JJB

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland, dated July 21, 2011. (doc. no. 20). Plaintiff has filed an objection; defendant has filed a response.

The court finds that the magistrate judge's findings of fact and conclusions of law are all clearly correct and that there is no need to further address petitioner's arguments. The court agrees with the arguments made by defendant in his response. The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly,

IT IS ORDERED that the petitioner's application for writ of habeas corpus is DENIED.

Baton Rouge, Louisiana, this 7/1 day of December, 2011.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE